UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEVI BRYANT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON COUNSEL'S CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Fifth Interim CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C. 0734540 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on January 25, 2019, [ECF No.1022]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Fifth Interim CJA Voucher and that Attorney David A. Howard be paid a total sum of **$61,035.00**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record and for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 1022], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __4__ day of February, 2019.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
David A. Howard, Esq
CJA Administrator